IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRAVIS DORREL ROSS,<br># 199066,<br><br>   Plaintiff,<br><br> v.<br><br>KENNETH SCONYERS, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:13-CV-764-WKW<br>)      [WO]<br>)<br>)<br>) |

## **ORDER**

On June 16, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 21.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Defendant's Motion for Summary Judgment (Doc. # 8) is GRANTED as to all federal constitutional claims;

(3) The pendant state-law claim for lack of an investigation is DISMISSED without prejudice; and

(4) Costs are taxed against Plaintiff.

A separate final judgment will be entered.

DONE this 13th day of July, 2016.

                                          /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE